# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0284.  LADELLA MONIQUE HOLMES-REDDICK v. MICHAEL DONNELL REDDICK.**

In this direct appeal, Ladella Monique Holmes-Reddick, the wife in the divorce proceeding below, challenges the trial court's order dismissing her appeal from the divorce decree.[1]  We lack jurisdiction because the trial court's order is not subject to direct appeal.

A trial court order dismissing a properly-filed appeal is subject to direct appeal. See *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992). This appeal, however, stems from a divorce case, and a case's underlying subject matter, not the relief awarded, determines whether an appellant has a right to direct appeal.  See *Best Tobacco, Inc. v. Dept. of Revenue*, 269 Ga. App. 484, 485 (604 SE2d 578) (2004) ("[T]he underlying subject matter prevails over the procedural judgment and determines whether the appellant has a right to a direct appeal or whether the appellant must seek discretionary review.").  Divorce cases are domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2).  Accordingly, the wife was required to file an application for discretionary appeal to obtain appellate review of the trial court's order dismissing her appeal. Her failure to do so deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.

---

[1] The trial court dismissed the appeal because it determined that the wife caused an unreasonable delay in securing the transcript of the motion for new trial hearing.  See OCGA § 5-6-48 (c).



*Court of Appeals of the State of Georgia*

*Clerk's Office,*

*Atlanta,* <u>10/04/2017</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*